**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-4351**

───────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

GRADY CANADY,

                                        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CR-98-438)

───────────

Submitted: October 26, 1999        Decided: November 17, 1999

───────────

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

William B. Cummings, WILLIAM B. CUMMINGS, P.C., Alexandria, Virginia, for Appellant. Helen F. Fahey, United States Attorney, Thomas G. Connolly, Assistant United States Attorney, P. Dabney Langhorne, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Grady L. Canady appeals his conviction and sentence for one count of engaging in a sexual act with a minor through threat of fear, in violation of 18 U.S.C.A. 2242(1) (West Supp. 1999). On appeal, Canady maintains that the district court erred in denying his motion to appoint new counsel to represent him prior to the hearing on his motion to withdraw his guilty plea.

We have reviewed the briefs and the transcripts of the Fed. R. Crim. P. 11 hearing, the hearing on Canady's motion to withdraw his guilty plea, and the sentencing hearing, and find no abuse of discretion in the court's denial of Canady's motion. See United States v. Gallop, 838 F.2d 105, 108 (4th Cir. 1988). Accordingly, we affirm Canady's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2